**434**

K–MAR INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Five River Services LLC, Defendant.

No. 2010–5090.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2011.

Marilyn H. David, Russell S. Gill, PLLC, of Biloxi, Mississippi, for plaintiff-appellant. Of counsel on the brief was Russell S. Gill.

William P. Rayel, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. Of counsel on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Before BRYSON, LINN, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.